## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA,**

          **Plaintiff,**        **Case No. 3:08 CR 98 (1)**

**-vs-**

                             **District Judge Thomas M. Rose**

**TOMMY JOE TIDWELL,**

          **Defendant**

___

### ENTRY AND ORDER DENYING DEFENDANT'S MOTION TO MODIFY CONDITION OF DETENTION (DOC. #22)
___

      This matter comes before the Court pursuant to Defendant's Motion to Modify Condition of Detention pursuant to 18 U.S.C. §3145(b).

      Defendant's detention hearing was on June 17, 2008. The Court has been provided no significant information that would warrant the reconsideration of the previous detention order or find by clear and convincing evidence that Defendant is not likely to flee or pose a danger to the safety of any other person or the community, if released.

      Defendant's Motion is DENIED.

October 27, 2008                                           s/ Thomas M. Rose

                                                                                      _____
                                                                                       JUDGE THOMAS M. ROSE
                                                                                      UNITED STATES DISTRICT COURT